# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **DENISE R. ROSS,** | ) |
| **Plaintiff,** | ) ) ) |
| v. | ) NO. 10-cv-855-JPG ) |
| **THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,** | ) ) ) ) |
| **Defendant.** | ) |

## JUDGMENT IN A CIVIL CASE

The Court having received a stipulation for dismissal signed by all parties of record; and/or having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this case is dismissed with prejudice, without costs.

**DATED:** June 30, 2011

**NANCY ROSENSTENGEL, Clerk of Court**

**BY:** s/Brenda K. Lowe, Deputy Clerk

APPROVED:   s/J. Phil Gilbert
            **J. PHIL GILBERT**
            **U. S. DISTRICT JUDGE**